(February 24, 1971)

In the Matter of ERNESTINE CASSOUTEAU, Doing Business as 13 CORNERS CAFE, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.

In the Matter of ERNESTINE CASSOUTEAU, Doing Business as 13 CORNERS CAFE, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.

NICHOLAS J. GALLELLO, Doing Business as LIGHTHOUSE TAVERN, Petitioner, v. THOMAS F. RING et al., Individually and Constituting the STATE LIQUOR AUTHORITY, Respondents.—